SEGAL REALTY ASSOCIATES v. NEW JERSEY
NATURAL GAS COMPANY.

June 19, 1984.

Petition for certification denied.


KALMAN FLOOR COMPANY, INC. v.
JOSEPH L. MUSCARELLE, INÇ.

KALMAN FLOOR COMPANY, INC. v.
AMERICAN ARBITRATION ASSOCIATION.

June 19, 1984.

Petition for certification granted.


PARSIPPANY HILLS ASSOCIATES AND CLEARVIEW
GARDENS ASSOCIATES v. RENT LEVELING BOARD
OF THE TOWNSHIP OF PARSIPPANY–TROY HILLS.

June 19, 1984.

Petition for certification denied.